| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 184.4.19.185 | 2016-07-07 00:55:28 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Raeford | Hoke |
| 2 | 99.194.29.228 | 2016-06-21 00:03:06 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Mebane | Alamance |
| 3 | 71.51.248.50 | 2016-06-20 17:05:00 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Asheboro | Randolph |
| 4 | 71.54.38.105 | 2016-06-20 03:07:14 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Pittsboro | Chatham |
| 5 | 71.50.138.187 | 2016-06-20 02:56:53 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Pittsboro | Chatham |
| 6 | 67.238.199.226 | 2016-06-17 18:42:32 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Asheboro | Randolph |
| 7 | 71.51.237.228 | 2016-06-16 11:03:25 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Moncure | Chatham |
| 8 | 99.194.18.200 | 2016-06-12 11:38:24 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Mebane | Alamance |
| 9 | 67.238.230.253 | 2016-06-07 01:49:43 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Goldston | Chatham |
| 10 | 99.194.4.49 | 2016-06-05 01:48:57 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Mebane | Alamance |

# Exhibit B