# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| LHF Productions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-1050 |
| Does 1-10 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LHF Productions, Inc.

Date: August 12, 2016

/s/ R. Matthew Van Sickle
*Attorney's signature*

R. Matthew Van Sickle, NC Bar No. 33516
*Printed name and bar number*

Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
*Address*

matt@mattvansicklelaw.com
*E-mail address*

(919) 279-3908
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of August, 2016, he electronically filed the foregoing "APPEARANCE OF COUNSEL" with the Clerk of the Court using the CM/ECF system, which will electronically send notification of such filing to the parties.

    /s/R. Matthew Van Sickle    .
R. Matthew Van Sickle (NCSB #33516)
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone:    (919) 279-3908
Email:  matt@mattvansicklelaw.com

*Attorney for LHF Productions, Inc.*