# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**Case No. 1:16-cv-01050-LCB-LPA**

| | |
|---|---|
| LHF PRODUCTIONS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| DOES 1-10, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF DOE 1

Plaintiff, LHF Productions, Inc., by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, with prejudice, of its complaint against the Defendant identified in Exhibit B to the Complaint [DE 1-2] as Doe 1, IP Address 184.4.19.185. The case remains pending against Does 2-10.

Dated this 30th day of November, 2016.

    /s/ R. Matthew Van Sickle    .
R. Matthew Van Sickle
NC State Bar No. 33516
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email:  matt@mattvansicklelaw.com

*Attorney for LHF Productions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of November, 2016, he electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL OF DOE 1**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties who have appeared in this case.

  /s/ R. Matthew Van Sickle    .
R. Matthew Van Sickle
NC State Bar No. 33516
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: matt@mattvansicklelaw.com

*Attorney for LHF Productions, Inc.*